United States District Court
Southern District of Texas
**ENTERED**
September 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DIANDRA M. PITTMAN and NICK COOPER, § § § § §  Plaintiffs, § § VS. § § LITHIA MOTORS, INC. and § SOUTHWEST INFINITI, § §  Defendants. § | Civil Case No. 4:22-CV-01049 |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the August 28, 2024, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 83). Judge Bray made findings and conclusions and recommended that Defendants Lithia Motors, Inc. and Houston-I, Inc. d/b/a Southwest Infiniti's Motion for Leave for Reconsideration of Defendants' Motions for Summary Judgment, (Dkt. No. 73), be granted; Defendants Lithia Motors, Inc. and Houston-I, Inc. d/b/a Southwest Infiniti's Motion for Summary Judgment, (Dkt. No. 32), be granted; and Defendant Lithia Motors, Inc.'s Motion for Summary Judgment, (Dkt. No. 34), be denied as moot.

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court.

It is therefore ordered that:

(1) Magistrate Judge Bray's M&R, (Dkt. No. 83), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Defendants Lithia Motors, Inc. and Houston-I, Inc. d/b/a Southwest Infiniti's Motion for Leave for Reconsideration of Defendants' Motions for Summary Judgment, (Dkt. No. 73), is **GRANTED**;

(3) Defendants Lithia Motors, Inc. and Houston-I, Inc. d/b/a Southwest Infiniti's Motion for Summary Judgment, (Dkt. No. 32), is **GRANTED**; and

(4) Defendant Lithia Motors, Inc.'s Motion for Summary Judgment, (Dkt. No. 34), is **DENIED as MOOT**.

It is SO ORDERED.

Signed on September 29, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**